29, 1910.) Action by Jennie Goldstein against E. Victor Loew, Jr., as administrator. No opinion. Motion denied, with $10 costs. Order filed.

GORDON, Respondent, v. ZANCIG, Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Steve A. Gordon against Julius Zancig. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

GORMLY, Respondent, v. GORMLY, Appellant. (Supreme Court, Appellate Division, First Department. April 22, 1910.) Action by Alice A. Gormly against Harry H. Gormly. H. N. Holde, for appellant. I. E. Ziegler, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GOULD et al., Respondents, v. VILLAGE OF SENECA FALLS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 4, 1910.) Action by Norman J. Gould and others against the Village of Seneca Falls and others. No opinion. Motion for leave to appeal to Court of Appeals granted, and questions for review certified. See, also, 121 N. Y. Supp. 723.

GRANT et al., Respondents, v. CANANEA CONSOL. COPPER CO., Appellant. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Action by James A. Grant and others against the Cananea Consolidated Copper Company, impleaded with others. F. W. M. Cutcheon, for appellant. W. B. Raymond, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 113 N. Y. Supp. 502; also, infra.

GRANT et al. v. CANANEA CONSOL. COPPER CO. (Supreme Court, Appellate Division, First Department. May 13, 1910.) Action by James A. Grant and others against the Cananea Consolidated Copper Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, supra.

GRANT, Appellant, v. FOWLER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 29, 1910.) Action by Schuyler Grant against George V. Fowler and others. No opinion. Order affirmed, with $10 costs and disbursements.

GRAY v. HOADLEY. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Action by Gerald H. Gray, as receiver, against Joseph H. Hoadley. No opinion. Motion granted. Order filed.

GREVE, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. June 17, 1910.) Action by William M. Greve against the City of New York. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

GRIFFIN, Respondent, v. FOSTER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 4, 1910.) Action by Samuel C. Griffin against John M. Foster and another. No opinion. Judgment and order affirmed, with costs.

GRIOT v. HYMAN et al. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by George Griot against Samuel F. Hyman, impleaded, etc. No opinion. Motion denied, with $10 costs. Order filed.

GRIOT, Appellant, v. HYMAN, Respondent, et al. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by George Griot against Samuel F. Hyman, impleaded, etc. G. M. Congdon, for appellant. Jacob E. Salomon, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GRISSLER, Respondent, v. CARL, Appellant. (Supreme Court, Appellate Division, First Department. June 3, 1910.) Action by Henry G. Grissler against John H. Carl. E. Miehling, for appellant. M. Sulzberger, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

GUILFOYLE v. PIERCE. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by James F. Guilfoyle against Catherine E. Pierce. No opinion. Motion denied, with $10 costs. Order filed.

GUINAN, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by John J. Guinan against the City of New York. No opinion. Judgment of the Municipal Court affirmed, with costs.

GURNEY, Respondent, v. VILLAGE OF EARLVILLE, Appellant. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) Action by Stephen P. Gurney against the Village of Earlville. No opinion. Order unanimously affirmed, with costs.

In re HACKMAN. (Supreme Court, Appellate Division, First Department. June 24, 1910.) In the matter of Henry Hackman. No opinion. Motion granted. Order filed.

HAGAN, Respondent, v. BIPPART et al., Appellants. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Action by James W. Hagan against Achille Bippart and others. C. A. Jayne, for appellants. H. J. McCormick, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HALL, Respondent, v. HALL, Appellant. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Action by George R. Hall against Frances M. W. Hall. I. T. Flatto, for appellant. W. C. Margeson, for re-